IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

UNITED STATES OF AMERICA                                                      PLAINTIFF

VS.                                                      CRIMINAL ACTION NO. 2:05-cr-29-KS-MTP

JORGE ARMANDO ESCOBAR                                                      DEFENDANT

## ORDER

THIS CAUSE IS BEFORE THE COURT on Motion to Stay Litigation [158] filed by Jorge Armando Escobar. The Court finds that the motion is not well taken and should be DENIED.

SO ORDERED this the ___11th___ day of May, 2018.

                                                      ____s/Keith Starrett_____
                                                    UNITED STATES DISTRICT JUDGE